IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF OKLAHOMA

**DARWIN RICHARD MELTON,**

    Petitioner,

v.                                             Case No. 20-CV-352-JFH

**THE STATE OF FLORIDA,**

    Respondent.

## OPINION AND ORDER

Petitioner Darwin Richard Melton has filed this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 [Dkt. No. 1]. A review of the petition, however, indicates he was convicted in Santa Rosa County, Florida, which is located within the territorial jurisdiction of the United States District Court for the Northern District of Florida in Pensacola, Florida. After careful review, this Court finds the petition may more properly be addressed in the Northern District of Florida.

**THEREFORE,** pursuant to 28 U.S.C. § 1631, this habeas corpus action is hereby **TRANSFERRED** to the United States District Court for the Northern District of Florida in Pensacola, Florida, for all further proceedings.

**IT IS SO ORDERED** this 16th day of April 2021.

_____
JOHN F. HEIL, III
UNITED STATES DISTRICT JUDGE