UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

DARWIN RICHARD MELTON,

    Petitioner,

v.                                        Case No. 3:21-cv-676-LC-MJF

ATTORNEY GENERAL, STATE OF
FLORIDA,

    Respondent.
_____/

## ORDER

This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation dated June 21, 2021. (Doc. 8). Petitioner was furnished a copy of the Report and Recommendation and was afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections have been filed.

Having considered the Report and Recommendation, I conclude that it should be adopted.

Accordingly, it is **ORDERED**:

1. The Magistrate Judge's Report and Recommendation (Doc. 8), is adopted and incorporated by reference in this Order.

2.      This case is **DISMISSED WITHOUT PREJUDICE** for Petitioner's failure to prosecute and failure to comply with this court's orders.

3.      The clerk of the court shall close this case file and shall mail a copy of this Order to Petitioner at his address of record and to the following address: 12300 S. Crow Road, Weber Falls, OK 74470.

**DONE AND ORDERED** this 29th day of July, 2021.

*s/L.A. Collier*
**LACEY A. COLLIER**
**SENIOR UNITED STATES DISTRICT JUDGE**